```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,      )
                                   )   CR. NO. S-97-141 GEB
10            Plaintiff,           )
                                   )   PLAINTIFF'S MOTION TO DISMISS
11       v.                        )   INDICTMENT AGAINST DEFENDANTS
                                   )   AND ORDER ISSUED THEREON
12  ELIZABETH AGUIRRE ORDUNA; and  )
    HAZEL ZAMORA AGUIRRE;          )
13                                 )
              Defendants.          )   Court:  Hon. Garland E. Burrell
14  _____  )
```

15      Plaintiff United States of America hereby respectfully moves

16 the Court for an order dismissing the Indictment in this case

17 against defendants Elizabeth Aguirre Orduna and Hazel Zamora

18 Aguirre only.  This motion is based on the grounds that:  (1)

19 approximately twelve years have elapsed since these two

20 defendants have become fugitives and avoided capture in this

21 case; and (2) the United States Drug Enforcement Administration

22 no longer desires to retain the evidence in this case.

23

24 DATED:  December 14, 2009          BENJAMIN B. WAGNER
                                      United States Attorney
25
                                      /s/ Samuel Wong
26                               By:_____
                                      SAMUEL WONG
27                                    Assistant U.S. Attorney

28

1

ORDER

The Court having received, read, and considered the motion to dismiss the Indictment filed by plaintiff United States of America, and good cause appearing therefrom.

It is hereby ordered that the Indictment is dismissed against defendants Elizabeth Aguirre Orduna and Hazel Zamora Aguirre only.

Dated:   December 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge